***EFILED***
Case Number 2020L 000707
Date: 5/19/2020 1:10 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| WENDY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | **2020L 000707** |
| | ) | |
| vs. | ) | Cause No.: |
| | ) | |
| FEDEX SUPPLY CHAIN, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### COUNT I – Hostile Work Environment/Sexual Harassment– Title VII (FedEx)

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Office, P.C., and for Count I of her Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1.     Brooks, a female, was employed by Defendant, FedEx.

2.     FedEx was and still is operating a facility within the City of Edwardsville, Madison County, State of Illinois.

3.     Brooks was qualified for her position and was able to perform essential functions of her job, meeting her employer's legitimate work expectations.

4.     Brooks was subjected to continuing sexual harassment and a hostile work environment from her male supervisors and male co-workers in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, *et seq*.

5.     Brooks complained to her managers at FedEx about the sexual harassment and hostile work environment, but the sexual harassment and hostile work environment continued.

EXHIBIT
A

6.     The sexual harassment and hostile work environment resulted in FedEx taking adverse employment actions against Brooks in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et.seq*.

7.     FedEx failed to take reasonable steps in discovering, preventing and remedying the sexual harassment and hostile work environment.

8.     Other similarly situated male co-employees were treated more favorably at work and were not subjected to sexual harassment or a hostile work environment and did not have adverse employment actions taken against them.

9.     Brooks filed a formal complaint with the E.E.O.C., which is attached hereto and incorporated herein as Exhibit "A".

10.     Brooks received a Notice of Right-to-Sue letter from the E.E.O.C.  A copy of the Notice is attached hereto and incorporated herein as Exhibit "B".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of the Right-to-Sue letter.

12.     As a result of the sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of federal law and/or FedEx approved or ratified the acts of sexual harassment and hostile work environment and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

## COUNT II – Retaliation for Reporting the Sexual Harassment/Hostile Work Environment Violation of the Civil Rights Act – Title VII (FedEx)

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count II of her Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-7.  For paragraphs one (1) through seven (7) of Count II, Brooks realleges and incorporates paragraphs one (1) through seven (7) of Count I as though fully alleged herein.

8.  After reporting the sexual harassment and hostile work environment, and as a result of, and in retaliation for reporting the sexual harassment and hostile work environment, Fedex took adverse employment actions against Brooks in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.*

9.  Brooks filed a Charge of Discrimination with the EEOC.  A copy of the Charge is attached and incorporated as Exhibit "A".

10.  Brooks received a Notice of Right-to-Sue letter.  A Copy of the Notice is attached and incorporated as Exhibit "B".

11.  Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

12.  As a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer,

3

emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory adverse employment actions and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

### COUNT III –Discrimination Based on Gender—
### Violation of the Civil Rights Act – Title VII (FedEx)

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count III of her Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-3.    For paragraphs one (1) through three (3) of Count III, Plaintiff realleges and incorporates paragraphs one (1) through three (3) of Count I as fully alleged herein.

4.      Brooks is a female.

5.      Brooks was treated differently at work than similarly situated males.

6.      Brooks was subjected to discrimination and adverse employment actions because of her sex, a female, in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.*

7.      Brooks filed a Charge of Discrimination with the EEOC.  A copy of the Charge is attached and incorporated as Exhibit "A".

8.      Brooks received a Notice of Right-to-Sue letter from the EEOC.  A Copy of the Notice is attached and incorporated as Exhibit "B".

9.      Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue.

10.     As a result of the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

11.     In addition, as a result of the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

12.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of discrimination and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of this action, and for any other relief as this Court may deem just and proper.

**COUNT IV –Retaliation due to Reports of Discrimination Based on Gender—
Violation of the Civil Rights Act – Title VII (FedEx)**

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count IV of her Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-6.    For paragraphs one (1) through six (6) of Count IV, Plaintiff realleges and incorporates paragraphs one (1) through six (6) of Count III as fully alleged herein.

7.      Brooks reported the gender discrimination to her supervisors.

8.      Brooks had adverse employment actions taken against her in retaliation for reporting the gender discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq*.

9.      Brooks filed a Charge of Discrimination with the EEOC. A copy of the Charge is attached and incorporated as Exhibit "A".

10.     Brooks received a Notice of Right-to-Sue from the EEOC. A Copy of the Notice is attached and incorporated as Exhibit "B".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

12.     As a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory discharge and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of her action, and for any other relief as this Court may deem just and proper.

BRUNTON LAW OFFICE, P.C.


_____/s/ Michael J. Brunton_____
Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (HWY 159)
Collinsville, IL 62234
(618) 343-0750
(618) 343-0227 Facsimile
*Attorneys for Plaintiff*

# Exhibit A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 560-2020-00150 |

ILLINOIS DEPARTMENT OF HUMAN RIGHTS _____ and EEOC

*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Wendy Brooks | 618-920-9874 | 12/18/71 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 3 Hadfield Lane | Caseyville, IL 62232 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Fed Ex Supply Chain, Inc. | 50+ | 618-797-4200 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 100 Enterprise Drive, | Edwardsville, IL 62025 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ___ RACE ___ COLOR _X_ SEX ___ RELIGION ___ NATIONAL ORIGIN | Earliest                Latest<br>008/2018 TO CONTINUING |
| _X_ RETALIATION ___ AGE ___ DISABILITY _X_ OTHER (Specify below.) | _X_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

SEE ATTACHED PARTICULARS PAGE

2019 OCT 17 PM 4: 24   RECEIVED EEOC ST LOUIS DISTRICT

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>*Melissa N. Caliendo* |
|---|---|
| | OFFICIAL SEAL<br>MELISSA N CALIENDO<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:05/10/23 |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT<br><br>*Wendy Brooks* |
| 10-14-19<br>Date        *Wendy A. Brooks*<br>              *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*)<br>10-14-19 |

**Hostile Work Environment; Discrimination; Retaliation**

Wendy Brooks is an employee with Fed Ex Supply Chain, Inc. in Edwardsville, IL.

Wendy Brooks was subjected to numerous sexual harassment and hostile work environment incidents, including physical touching by a male supervisor, Theodore Hamilton.  Wendy Brooks reported the sexual harassment, hostile work environment and discrimination to other supervisors and filed an EEOC Charge (No. 560-2017-01951).

After making the aforementioned reports, the hostile work environment, harassment and discrimination continued.

Fed Ex Supply Chain, Inc. discriminated against Wendy Brooks because of her gender, a female.

Wendy Brooks was retaliated against through adverse employment actions because of her reports of sexual harassment, hostile work environment and discrimination.

2019 OCT 17 PM 4:24

ST. Louis DISTRICT
EEOC
RECEIVED

# Exhibit B

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Wendy Brooks<br>3 Hadfield Ln.<br>Caseyville, IL 62232 | From: | St. Louis District Office<br>1222 Spruce Street<br>Room 8.100<br>Saint Louis, MO 63103 |
|---|---|---|---|

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | | |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2020-00150 | **Tonya R. Hauert,**<br>Investigator | **(314) 539-7930** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Lloyd J. Vasquez, Jr.,**
**District Director**

2-19-20

*(Date Mailed)*

Enclosures(s)

cc:
| | |
|---|---|
| Chris Buckley<br>FEDEX SUPPLY CHAIN, INC.<br>2301 Mcgee Street, Suite 800<br>C/O Littler Mendelson, P.C. Gsc (Lcs)<br>Kansas City, MO | Michael J. Brunton<br>BRUNTON LAW OFFICES, P.C.<br>819 Vandalia (Hwy 159)<br>Collinsville, IL 62234 |

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.**  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

***EFILED***
Case Number 2020L 000707
Date: 5/19/2020 1:10 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| WENDY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | **2020L 000707** |
| | ) | |
| vs. | ) | Cause No.: |
| | ) | |
| FEDEX SUPPLY CHAIN, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES Michael J. Brunton, Attorney at Law, and hereby enters his appearance on behalf of Plaintiff, Wendy Brooks, for the above-captioned case.

Respectfully Submitted;

BRUNTON LAW OFFICES, P.C.

_____/s/ Michael J. Brunton_____
Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (Hwy 159)
Collinsville, IL 62234
(618) 343-0750 Phone
(618) 343-0227 Fax

\*\*\*EFILED\*\*\*
Case Number 2020L 000707
Date: 5/19/2020 1:10 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# IN THE CIRCUIT COURT
## THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

| | |
|---|---|
| WENDY BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.: 2020L 000707 |
| | ) |
| FEDEX SUPPLY CHAIN, INC. | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222

Michael J. Brunton, after being duly sworn upon his oath, and under penalties of perjury,

states, pursuant to Illinois Supreme Court Rule 222, that the total of money damages sought in

the Complaint, filed by Plaintiff in the above-captioned case, does exceed $50,000.

Respectfully Submitted;

BRUNTON LAW OFFICES, P.C.

_____/s/ Michael J. Brunton_____
Michael J. Brunton, #6206663
Mary M. Stewart, #6200773
819 Vandalia (Hwy 159)
Collinsville, IL 62234
(618) 343-0750 Phone
(618) 343-0227 Fax

May 21, 2020

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS


CASE NUMBER: 2020 L  000707


WENDY BROOKS

Plaintiff(s)

VS.

FEDEX SUPPLY CHAIN INC

Defendant(s)




ASSIGNMENT ORDER


The above case is hereby assigned to the Honorable  DENNIS RUTH for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.


DATE: May 21, 2020


s/Bill Mudge
Chief Judge

## IN THE CIRCUIT COURT
## THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| WENDY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 20-L-707 |
| | ) | |
| FEDEX SUPPLY CHAIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

To the Defendant:     FedEx Supply Chain, Inc.
                      Registered Agent: CT Corporation System
                      208 SO LaSalle Street, Suite 814
                      Chicago, IL 60604

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, Madison County Courthouse, 155 North Main Street, Edwardsville, Illinois within 30 days after service of this Summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://efile.illinoiscourts.gove/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit https://www.illinoiscourt.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the Officer:

This summons must be returned by the officers or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so indorsed.  This summons may not be served later than 30 days after its date.

Witness, _____ July 13 _____, 2020

**/s/ Mark Von Nida**         /s/ Sonya McIntire
_____

(Clerk of Court)

Name:         Michael S. Brunton
Attorney For: Wendy Brooks
Address:      819 Vandalia (Hwy 159)
City:         Collinsville, IL 62234
Telephone:    (618) 343-0750

Date of Service:_____, 2020
(To be inserted by officer on copy left with Defendant or other person)

***EFILED***
Case Number 2020L 000707
Date: 10/29/2020 3:08 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

WENDY BROOKS,                          )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    )          Cause No.: 20-L-707
                                       )
FEDEX SUPPLY CHAIN, INC.,              )
                                       )
                                       )
        Defendant.                     )

**UNCONTESTED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, Wendy Brooks, by and through her undersigned attorneys, Brunton

Law Offices, P.C., and for her Uncontested Motion for Leave to File First Amended Complaint, states:

1.      Plaintiff filed a Complaint on May 19, 2020 in Madison County, Illinois.

2.      The Complaint has not yet been served on the Defendant and therefore, no other party

has entered their appearance in this case.

3.      No scheduling Order has been entered in the case.

4.      Based upon the above-referenced facts, no party has any objection to this motion.

5.      Plaintiff requests leave from the Court to file a First Amended Complaint to add

additional causes of action.  The proposed First Amended Complaint is attached as Exhibit A.

6.      No party will be unduly prejudiced.

WHEREFORE, Plaintiff, Wendy Brooks, respectfully requests this Court to enter an Order

granting leave to file First Amended Complaint.

1

BRUNTON LAW OFFICE, P.C.


_____/s/ Michael J. Brunton_____
Michael J. Brunton, #6206663
819 Vandalia (HWY 159)
Collinsville, IL 62234
(618) 343-0750
(618) 343-0227 Facsimile
*Attorneys for Plaintiff*

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

WENDY BROOKS,                        )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )        Cause No.: 20-L-707
                                     )
FEDEX SUPPLY CHAIN, INC.,            )
                                     )
                                     )
        Defendant.                   )

**FIRST AMENDED COMPLAINT**

**COUNT I – Hostile Work Environment/Sexual Harassment– Violation of the IHRA**

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Office, P.C., and for Count I of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1.      Brooks, a female, was employed by Defendant, FedEx.

2.      FedEx was and still is operating a facility within the City of Edwardsville, Madison County, State of Illinois.

3.      Brooks was qualified for her position and was able to perform essential functions of her job, meeting her employer's legitimate work expectations.

4.      Brooks was subjected to continuing sexual harassment and a hostile work environment from her male supervisors and male co-workers in violation of the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/1-101, *et seq.*

1

5.      Brooks complained to her managers at FedEx about the sexual harassment and hostile work environment, and filed a claim with the EEOC/IDHR but the sexual harassment and hostile work environment continued.

6.      The sexual harassment and hostile work environment resulted in FedEx taking adverse employment actions against Brooks in violation of the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/1-101, *et seq.*

7.      FedEx failed to take reasonable steps in discovering, preventing and remedying the sexual harassment and hostile work environment.

8.      Other similarly situated male co-employees were treated more favorably at work and were not subjected to sexual harassment or a hostile work environment and did not have adverse employment actions taken against them.

9.      Brooks filed a Charge with the IDHR.  A copy of the Charge is attached and incorporated as Exhibit "A".

10.     Brooks received a Notice of Dismissal.  A Copy of the Notice is attached and incorporated as Exhibit "C".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Dismissal.

12.     As a result of the sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of sexual harassment and hostile work environment and thus, Brooks is entitled to liquidated/punitive damages, if allowable by law.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

## COUNT II – Retaliation for Reporting the Sexual Harassment/Hostile Work Environment Violation of the Civil Rights Act – Violation of the IHRA

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count II of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-7.    For paragraphs one (1) through seven (7) of Count II, Brooks realleges and incorporates paragraphs one (1) through seven (7) of Count I as though fully alleged herein.

8.      Brooks reported the sexual harassment and hostile work environment to her supervisors and to the EEOC/IDHR.  After reporting the sexual harassment and hostile work environment, and as a result of, and in retaliation for reporting the sexual harassment and hostile work environment, Fedex took adverse employment actions against Brooks in violation of the Illinois Human Rights Act ("IHRA") 775 ILCS 5/1-101, *et. seq.*

9.      Brooks filed a Charge with the IDHR.  A copy of the Charge is attached and incorporated as Exhibit "A".

3

10.     Brooks received a Notice of Dismissal.  A Copy of the Notice is attached and incorporated as Exhibit "C".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Dismissal.

12.     As a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory adverse employment actions and thus, Brooks is entitled to liquidated/punitive damages, if allowable by law.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

<u>**COUNT III –Discrimination Based on Gender—**</u>
<u>**Violation of the Civil Rights Act – Violation of the IHRA**</u>

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count III of her First

4

Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-3.    For paragraphs one (1) through three (3) of Count III, Plaintiff realleges and incorporates paragraphs one (1) through three (3) of Count I as fully alleged herein.

4.    Brooks is a female.

5.    Brooks was treated differently at work than similarly situated males.

6.    Brooks was subjected to discrimination and adverse employment actions because of her sex, a female, in violation of the Illinois Human Rights Act ("IHRA") 775 ILCS 5/1-101, *et. seq*.

7.    Brooks filed a Charge with the IDHR.  A copy of the Charge is attached and incorporated as Exhibit "A".

8.    Brooks received a Notice of Dismissal.  A Copy of the Notice is attached and incorporated as Exhibit "C".

9.    Brooks filed this action within ninety (90) days of the receipt of the Notice of Dismissal.

10.    As a result of the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

11.    In addition, as a result of the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

12.    In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of discrimination and thus, Brooks is entitled to liquidated/punitive damages, if allowable by law.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of this action, and for any other relief as this Court may deem just and proper.

### COUNT IV –Retaliation due to Reports of Discrimination Based on Gender— Violation of the Civil Rights Act – Violation of the IHRA

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count IV of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-6.    For paragraphs one (1) through six (6) of Count IV, Plaintiff realleges and incorporates paragraphs one (1) through six (6) of Count III as fully alleged herein.

7.    Brooks reported the gender discrimination to her supervisors and to the EEOC/IDHR.

8.    Brooks had adverse employment actions taken against her in retaliation for reporting the gender discrimination in violation of the Illinois Human Rights Act ("IHRA") 775 ILCS 5/1-101, *et. seq.*

9.    Brooks filed a Charge with the IDHR.  A copy of the Charge is attached and incorporated as Exhibit "A".

10.    Brooks received a Notice of Dismissal.  A Copy of the Notice is attached and incorporated as Exhibit "C".

11.    Brooks filed this action within ninety (90) days of the receipt of the Notice of Dismissal.

12.    As a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental

anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory discharge and thus, Brooks is entitled to liquidated/punitive damages, if allowable by law.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of her action, and for any other relief as this Court may deem just and proper.

## COUNT V – Hostile Work Environment/Sexual Harassment– Title VII (FedEx)

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Office, P.C., and for Count V of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1.     Brooks, a female, was employed by Defendant, FedEx.

2.     FedEx was and still is operating a facility within the City of Edwardsville, Madison County, State of Illinois.

3.     Brooks was qualified for her position and was able to perform essential functions of her job, meeting her employer's legitimate work expectations.

4.      Brooks was subjected to continuing sexual harassment and a hostile work environment from her male supervisors and male co-workers in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, *et seq*.

5.      Brooks complained to her managers at FedEx about the sexual harassment and hostile work environment and filed claims with the EEOC/IDHR, but the sexual harassment and hostile work environment continued.

6.      The sexual harassment and hostile work environment resulted in FedEx taking adverse employment actions against Brooks in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et.seq*.

7.      FedEx failed to take reasonable steps in discovering, preventing and remedying the sexual harassment and hostile work environment.

8.      Other similarly situated male co-employees were treated more favorably at work and were not subjected to sexual harassment or a hostile work environment and did not have adverse employment actions taken against them.

9.      Brooks filed a formal complaint with the E.E.O.C., which is attached hereto and incorporated herein as Exhibit "A".

10.     Brooks received a Notice of Right-to-Sue letter from the E.E.O.C.  A copy of the Notice is attached hereto and incorporated herein as Exhibit "B".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of the Right-to-Sue letter.

12.     As a result of the sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of federal law and/or FedEx approved or ratified the acts of sexual harassment and hostile work environment and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

## COUNT VI – Retaliation for Reporting the Sexual Harassment/Hostile Work Environment Violation of the Civil Rights Act – Title VII (FedEx)

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count VI of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-7.    For paragraphs one (1) through seven (7) of Count VI, Brooks realleges and incorporates paragraphs one (1) through seven (7) of Count V as though fully alleged herein.

8.      After reporting the sexual harassment and hostile work environment, and as a result of, and in retaliation for reporting the sexual harassment and hostile work environment, FedEx took adverse employment actions against Brooks in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.*

9.      Brooks filed a Charge of Discrimination with the EEOC. A copy of the Charge is attached and incorporated as Exhibit "A".

9

10.     Brooks received a Notice of Right-to-Sue letter.  A Copy of the Notice is attached and incorporated as Exhibit "B".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

12.     As a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory adverse employment actions and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

### COUNT VII –Discrimination Based on Gender— Violation of the Civil Rights Act – Title VII (FedEx)

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count VII of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-3.     For paragraphs one (1) through three (3) of Count VII, Plaintiff realleges and incorporates paragraphs one (1) through three (3) of Count V as fully alleged herein.

4.     Brooks is a female.

5.     Brooks was treated differently at work than similarly situated males.

6.     Brooks was subjected to discrimination and adverse employment actions because of her sex, a female, in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.*

7.     Brooks filed a Charge of Discrimination with the EEOC.  A copy of the Charge is attached and incorporated as Exhibit "A".

8.     Brooks received a Notice of Right-to-Sue letter from the EEOC.  A Copy of the Notice is attached and incorporated as Exhibit "B".

9.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue.

10.     As a result of the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

11.     In addition, as a result of the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

12.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of discrimination and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of this action, and for any other relief as this Court may deem just and proper.

**COUNT VIII –Retaliation due to Reports of Discrimination Based on Gender—
Violation of the Civil Rights Act – Title VII (FedEx)**

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count VIII of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-6.    For paragraphs one (1) through six (6) of Count VIII, Plaintiff realleges and incorporates paragraphs one (1) through six (6) of Count VII as fully alleged herein.

7.    Brooks reported the gender discrimination to her supervisors and filed claims with the EEOC/IDHR.

8.    Brooks had adverse employment actions taken against her in retaliation for reporting the gender discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.*

9.    Brooks filed a Charge of Discrimination with the EEOC.  A copy of the Charge is attached and incorporated as Exhibit "A".

10.    Brooks received a Notice of Right-to-Sue from the EEOC.  A Copy of the Notice is attached and incorporated as Exhibit "B".

11.    Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

12.    As a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory discharge and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of her action, and for any other relief as this Court may deem just and proper.

BRUNTON LAW OFFICE, P.C.

/s/ Michael J. Brunton
Michael J. Brunton, #6206663
819 Vandalia (HWY 159)
Collinsville, IL 62234
(618) 343-0750
(618) 343-0227 Facsimile
*Attorneys for Plaintiff*

# Exhibit A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 560-2020-00150 |

ILLINOIS DEPARTMENT OF HUMAN RIGHTS _____ and EEOC

*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Wendy Brooks | 618-920-9874 | 12/18/71 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 3 Hadfield Lane | Caseyville, IL 62232 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Fed Ex Supply Chain, Inc. | 50+ | 618-797-4200 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 100 Enterprise Drive, | Edwardsville, IL 62025 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| __ RACE   __ COLOR  _X_ SEX __ RELIGION __ NATIONAL ORIGIN<br><br>_X_ RETALIATION __ AGE __ DISABILITY _X_ OTHER (Specify below.) | Earliest                     Latest<br>008/2018 TO CONTINUING<br><br>_X_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

SEE ATTACHED PARTICULARS PAGE

2019 OCT 17  PM 4: 24    RECEIVED EEOC ST LOUIS DISTRICT

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>*Melissa N. Caliendo*<br><br>OFFICIAL SEAL<br>MELISSA N CALIENDO<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:05/10/23 |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>10-14-19  *Wendy Brooks*<br>Date         *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLANANT<br><br>*Wendy Brooks*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br>10-14-19 |

**Hostile Work Environment; Discrimination; Retaliation**

Wendy Brooks is an employee with Fed Ex Supply Chain, Inc. in Edwardsville, IL.

Wendy Brooks was subjected to numerous sexual harassment and hostile work environment incidents, including physical touching by a male supervisor, Theodore Hamilton. Wendy Brooks reported the sexual harassment, hostile work environment and discrimination to other supervisors and filed an EEOC Charge (No. 560-2017-01951).

After making the aforementioned reports, the hostile work environment, harassment and discrimination continued.

Fed Ex Supply Chain, Inc. discriminated against Wendy Brooks because of her gender, a female.

Wendy Brooks was retaliated against through adverse employment actions because of her reports of sexual harassment, hostile work environment and discrimination.

2019 OCT 17 PM 4:24
ST. LOUIS DISTRICT
EEOC
RECEIVED

# Exhibit B

EEOC Form 161 (11/16)                    U.S. E____L EMPLOYMENT OPPORTUNITY COMMIS____N

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Wendy Brooks | From: | St. Louis District Office |
|---|---|---|---|
| | 3 Hadfield Ln. | | 1222 Spruce Street |
| | Caseyville, IL 62232 | | Room 8.100 |
| | | | Saint Louis, MO 63103 |

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2020-00150 | Tonya R. Hauert, Investigator | (314) 539-7930 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Lloyd J. Vasquez, Jr.,
District Director

2-19-20
*(Date Mailed)*

Enclosures(s)

cc:

| Chris Buckley | Michael J. Brunton |
|---|---|
| FEDEX SUPPLY CHAIN, INC. | BRUNTON LAW OFFICES, P.C. |
| 2301 Mcgee Street, Suite 800 | 819 Vandalia (Hwy 159) |
| C/O Littler Mendelson, P.C. Gsc (Lcs) | Collinsville, IL 62234 |
| Kansas City, MO | |

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS  --  **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS  --  **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment:  back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION  --  **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request** <u>within 6 months</u> **of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# Exhibit C

STATE OF ILLINOIS     )
                           ) ss

COUNTY OF COOK     )                              CHARGE NO. 2020SR2636

## AFFIDAVIT OF SERVICE

Aaron W. Jordan , deposes and states that s/he served a copy of the attached

**NOTICE OF DISMISSAL FOR LACK OF JURISDICTION** on each person named

below by depositing the same on       August 3, 2020     , in the U.S. Mail Box  at 100

West     Randolph     Street,     Chicago,     Illinois,     properly     posted    for  FIRST

CLASS MAIL, addresses as follows:

---

For Complainant

Michael J. Brunton
Attorney at Law
819 Vandalia (Hwy 159)
Collinsville, IL 62234

For Respondent

Christopher Buckley
Littler Mendelson, P.C.
2301 McGee St.
8th Floor
Kansas City, MO 64108

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Aaron W. Jordan

**PLEASE NOTE:**

The above-signed person is responsible only for <u>mailing</u> these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Dismissal has been issued.

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

**IN THE MATTER OF:**

WENDY BROOKS,

                 COMPLAINANT,   CHARGE NO.   2020SR2636

AND                                EEOC NO.   560-2020-00150

FEDEX SUPPLY CHAIN, INC.,

                 RESPONDENT.

### NOTICE OF DISMISSAL
### FOR LACK OF JURISDICTION

For Complainant

Michael J. Brunton
Attorney at Law
819 Vandalia (Hwy 159)
Collinsville, IL  62234

For Respondent

Christopher Buckley
Littler Mendelson, P.C.
2301 McGee St.
8th Floor
Kansas City, MO  64108

DATE OF DISMISSAL: August 3, 2020

1.    YOU ARE HEREBY NOTIFIED that based upon the enclosed investigation report, the DEPARTMENT OF HUMAN RIGHTS (Department) has determined that there is NOT jurisdiction to pursue the allegation(s) of the charge. Accordingly, pursuant to Section 7A-102(D) of the Act (775 ILCS 5/3-101 et seq.) and the Department's Rules and Regulations (56 Ill. Adm. Code. Chapter II, §2520.560) the charge is HEREBY DISMISSED.

2.    If Complainant disagrees with this action, Complainant may:

    a)  Seek review of this dismissal before the Illinois Human Rights Commission (Commission), 100 West Randolph Street, Suite 5-100, Chicago, Illinois, 60601, by filing a "Request for Review" with the Commission by the request for review filing date below.  Respondent will be notified by the Commission if a Request for Review is filed.

**REQUEST FOR REVIEW FILING DEADLINE DATE:** November 6, 2020

    Or, Complainant may:

    b)  Commence a civil action in the appropriate state circuit court within ninety (90) days after receipt of this Notice.  A complaint should be filed in the Circuit court in the county where the civil rights violation was allegedly committed.

Page 2
Notice of Dismissal for Lack of Jurisdiction
Charge No. 2020SR2636

If you intend to exhaust your State remedies, please notify the **Equal Employment Opportunity Commission (EEOC) immediately. The EEOC generally adopts the Department's findings.** The Appellate Courts in <u>Watkins v. Office of the State Public Defender</u>, ___ Ill.App.3d ____, 976 N.E.2d 387 (1st Dist. 2012) and <u>Lynch v. Department of Transportation</u>, ___ Ill.App.3d ___, 979 N.E.2d 113 (4th Dist. 2012), have held that discrimination complaints brought under the Illinois Human Rights Act ("IHRA") against the State of Illinois in the Illinois Circuit Court are barred by the State Lawsuit Immunity Act. (745 ILCS 5/1 et seq.). Complainants are encouraged to consult with an attorney prior to commencing a civil action in the Circuit Court against the State of Illinois.

**PLEASE NOTE: The Department cannot provide any legal advice or assistance. Please contact legal counsel, your city clerk, or your county clerk with any questions.**

3.   If an EEOC charge number is cited above, this charge was also filed with the Equal Employment Opportunity Commission (EEOC). If this charge alleges a violation under Title VII of the Civil Rights Act of 1964, as amended, or the Age Discrimination in Employment Act of 1967, Complainant has the right to request EEOC to perform a Substantial Weight Review of this dismissal. Please note that in order to receive such a review by the EEOC, it must be requested in writing to EEOC within fifteen (15) days of the receipt of this notice. However, if Complainant chooses to file a timely "Request for Review" of this dismissal with the Illinois Human Rights Commission, then Complainant must wait until receipt of a **final** notice/order by the Commission before requesting a Substantial Weight Review by the EEOC. Complainant must make a written request for Substantial Weight Review by the EEOC within fifteen (15) days of the receipt of the Human Rights Commission's **final** notice/order. Any request filed prior to your receipt of a final notice/order WILL NOT BE HONORED. Send your request for a Substantial Weight Review to **EEOC, John C. Kluczynski Federal Building, 230 South Dearborn Street, Suite 1866, Chicago, Illinois 60604.** Otherwise, EEOC will generally adopt the Department of Human Rights' action in this case.

DEPARTMENT OF HUMAN RIGHTS
James L. Bennett
Director

HB1509/HB59 NOD/LOJ 03/06/2020

## STATE OF ILLINOIS
## DEPARTMENT OF HUMAN RIGHTS

**IN THE MATTER OF:**

| | | |
|---|---|---|
| WENDY BROOKS, | ) | |
| | ) | |
| | ) | |
| COMPLAINANT, | ) | CHARGE NO.      2020SR2636 |
| AND | ) | EEOC NO.    560-2020-00150 |
| | ) | |
| FEDEX SUPPLY CHAIN, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| RESPONDENT. | ) | |

### REQUEST FOR REVIEW

Michael J. Brunton
Attorney at Law
819 Vandalia (Hwy 159)
Collinsville, IL  62234

Christopher Buckley
Littler Mendelson, P.C.
2301 McGee St.
8th Floor
Kansas City, MO  64108

**TO:** WENDY BROOKS,

**DATE:** August 3, 2020

**REQUEST FOR REVIEW FILING DEADLINE DATE:** November 6, 2020

I hereby request that the dismissal of the charge by the Illinois Department of Human Rights (Department) be reviewed by the Illinois Human Rights Commission (Commission).

Complainant's Current Address (please print clearly):

_____Apt/Unit #_____

City_____  State_____ Zip_____ Phone (____)_____

Page 2
Request for Review
Charge No. 2020SR2636

IN THE SPACE PROVIDED BELOW, YOU <u>MUST </u>LIST AND DESCRIBE THE SPECIFIC REASONS THAT THE CHARGE SHOULD NOT HAVE BEEN DISMISSED.  If applicable, you may write on the back of this form or attach additional information or documents, which support your Request for Review. You may review your investigation file to help you prepare your request by calling (312) 814-6262 or (217) 785-5100. The Department's investigation file may be reviewed or copied upon request once the Department's investigation has been completed. The Department is not responsible for copy service fees.  A minimum of three (3) business days' notice is required.  Call (312) 814-6262 to make arrangements.

_____

_____        _____
SIGNATURE                                         DATE

<u>YOU MUST ENCLOSE THE ORIGINAL AND THREE COPIES, INCLUDING SUPPORTING DOCUMENTS, OF YOUR ENTIRE REQUEST AND YOU MUST SIGN, DATE AND HAVE THIS FORM POSTMARKED OR HAND DELIVERED BY THE FILING DEADLINE DATE ABOVE, TO:</u>

Illinois Human Rights Commission, 100 West Randolph Street, Suite 5-100, Chicago, IL  60601; Telephone:  (312) 814-6269; TDD: (312) 814-4760.

Please note that pursuant to Section 5300.410 of the Commission's Procedural Rules (56 Ill. Admin. Code §5300.410), except by permission of the Commission, the request, argument and supporting materials shall not exceed 30 pages.

Further, note that pursuant to 56 Ill. Admin. Code § 5300.40(b) of the Commission's Procedural Rules, all arguments in support of the Request for Review must be written on 8 ½" x 11" paper.  Any argument submitted on non-conforming paper, such as a "post-it" note, will not be considered part of the Request for Review and will be disregarded by the Commission.

THIS FORM MAY NOT BE SENT VIA TELEFAX.
HB1509/HB59 HRC R/R 1/17

# STATE OF ILLINOIS
## DEPARTMENT OF HUMAN RIGHTS
### INVESTIGATION REPORT

**Complainant:**  Wendy Brooks                 **IDHR No.:**  2020SR2636
**Respondent:**   FedEx Supply Chain, Inc.     **EEOC No.:**  560-2020-00150

**Investigator:**  Thomas F. Roeser     **Supervisor:**  TFR          **Date:** 7/15/20

**Issue/Basis:**                              **Finding:**

A.  Sexual harassment/sex, female            A.  Lack of Jurisdiction
B.  Harassment/retaliation                   B.  Lack of Jurisdiction


**Jurisdiction:**

Alleged violations:                  A.-B: 8/18-10/17/19
Charge filed:                               10/17/19
Charge perfected:                           2/19/20

Number of employees:                        Over 50

## Findings

On October 17, 2019, Complainant filed a charge with the United States Equal Employment Opportunity Commission ("EEOC") alleging that a civil rights violation had been committed. On October 25, 2019, staff mailed Complainant a letter stating that Complainant's charge was automatically filed with the Department and that Complainant had 30 days from receipt of EEOC's findings to send the Department a copy; the letter was not returned as undeliverable. On May 18, 2020, Complainant submitted to the Department a copy of EEOC's findings.

Section 7A-102(A-1)(1) of the Human Rights Act states that Complainant must submit to the Department a copy of the EEOC's determination within 30 days after service on Complainant. Therefore, Complainant's EEOC determination was not timely filed.

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

WENDY BROOKS,                     )
                                  )
      Plaintiff,                  )
                                  )
vs.                               )     Cause No.: 20-L-707
                                  )
FEDEX SUPPLY CHAIN, INC.,         )
                                  )
                                  )
      Defendant.                  )

## <u>ORDER</u>

Plaintiff's Uncontested Motion for Leave to File First Amended Complaint is granted.

Plaintiff is granted leave to file First Amended Complaint.


DATED this _____ day of October, 2020.


_____
           JUDGE

1

**FILED**

**OCT 3 0 2020**

CLERK OF CIRCUIT COURT #39
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| WENDY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 20-L-707 |
| | ) | |
| FEDEX SUPPLY CHAIN, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff's Uncontested Motion for Leave to File First Amended Complaint is granted.

Plaintiff is granted leave to file First Amended Complaint.

DATED this **30TH** day of October, 2020.

_Allen A. Mudge_
JUDGE

1

***EFILED***
Case Number 2020L 000707
Date: 10/30/2020 3:37 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

WENDY BROOKS,                          )
                                       )
        Plaintiff,                     )
                                       )
vs.                                    )        Cause No.: 20-L-707
                                       )
FEDEX SUPPLY CHAIN, INC.,              )
                                       )
                                       )
        Defendant.                     )

**FIRST AMENDED COMPLAINT**

**COUNT I – Hostile Work Environment/Sexual Harassment– Violation of the IHRA**

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Office, P.C., and for Count I of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1.      Brooks, a female, was employed by Defendant, FedEx.

2.      FedEx was and still is operating a facility within the City of Edwardsville, Madison County, State of Illinois.

3.      Brooks was qualified for her position and was able to perform essential functions of her job, meeting her employer's legitimate work expectations.

4.      Brooks was subjected to continuing sexual harassment and a hostile work environment from her male supervisors and male co-workers in violation of the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/1-101, *et seq.*

1

5.      Brooks complained to her managers at FedEx about the sexual harassment and hostile work environment, and filed a claim with the EEOC/IDHR but the sexual harassment and hostile work environment continued.

6.      The sexual harassment and hostile work environment resulted in FedEx taking adverse employment actions against Brooks in violation of the Illinois Human Rights Act ("IHRA"), 775 ILCS 5/1-101, *et seq.*

7.      FedEx failed to take reasonable steps in discovering, preventing and remedying the sexual harassment and hostile work environment.

8.      Other similarly situated male co-employees were treated more favorably at work and were not subjected to sexual harassment or a hostile work environment and did not have adverse employment actions taken against them.

9.      Brooks filed a Charge with the IDHR.  A copy of the Charge is attached and incorporated as Exhibit "A".

10.     Brooks received a Notice of Dismissal.  A Copy of the Notice is attached and incorporated as Exhibit "C".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Dismissal.

12.     As a result of the sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

2

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of sexual harassment and hostile work environment and thus, Brooks is entitled to liquidated/punitive damages, if allowable by law.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

## COUNT II – Retaliation for Reporting the Sexual Harassment/Hostile Work Environment Violation of the Civil Rights Act – Violation of the IHRA

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count II of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-7.    For paragraphs one (1) through seven (7) of Count II, Brooks realleges and incorporates paragraphs one (1) through seven (7) of Count I as though fully alleged herein.

8.      Brooks reported the sexual harassment and hostile work environment to her supervisors and to the EEOC/IDHR.  After reporting the sexual harassment and hostile work environment, and as a result of, and in retaliation for reporting the sexual harassment and hostile work environment, Fedex took adverse employment actions against Brooks in violation of the Illinois Human Rights Act ("IHRA") 775 ILCS 5/1-101, *et. seq.*

9.      Brooks filed a Charge with the IDHR.  A copy of the Charge is attached and incorporated as Exhibit "A".

10.    Brooks received a Notice of Dismissal.  A Copy of the Notice is attached and incorporated as Exhibit "C".

11.    Brooks filed this action within ninety (90) days of the receipt of the Notice of Dismissal.

12.    As a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.    In addition, as a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.    In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory adverse employment actions and thus, Brooks is entitled to liquidated/punitive damages, if allowable by law.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

<u>**COUNT III –Discrimination Based on Gender—**</u>
<u>**Violation of the Civil Rights Act – Violation of the IHRA**</u>

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count III of her First

4

Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-3.    For paragraphs one (1) through three (3) of Count III, Plaintiff realleges and incorporates paragraphs one (1) through three (3) of Count I as fully alleged herein.

4.    Brooks is a female.

5.    Brooks was treated differently at work than similarly situated males.

6.    Brooks was subjected to discrimination and adverse employment actions because of her sex, a female, in violation of the Illinois Human Rights Act ("IHRA") 775 ILCS 5/1-101, *et. seq*.

7.    Brooks filed a Charge with the IDHR.  A copy of the Charge is attached and incorporated as Exhibit "A".

8.    Brooks received a Notice of Dismissal.  A Copy of the Notice is attached and incorporated as Exhibit "C".

9.    Brooks filed this action within ninety (90) days of the receipt of the Notice of Dismissal.

10.    As a result of the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

11.    In addition, as a result of the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

12.    In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of discrimination and thus, Brooks is entitled to liquidated/punitive damages, if allowable by law.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of this action, and for any other relief as this Court may deem just and proper.

**COUNT IV – Retaliation due to Reports of Discrimination Based on Gender—**
**Violation of the Civil Rights Act – Violation of the IHRA**

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count IV of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-6.   For paragraphs one (1) through six (6) of Count IV, Plaintiff realleges and incorporates paragraphs one (1) through six (6) of Count III as fully alleged herein.

7.   Brooks reported the gender discrimination to her supervisors and to the EEOC/IDHR.

8.   Brooks had adverse employment actions taken against her in retaliation for reporting the gender discrimination in violation of the Illinois Human Rights Act ("IHRA") 775 ILCS 5/1-101, *et. seq.*

9.   Brooks filed a Charge with the IDHR.  A copy of the Charge is attached and incorporated as Exhibit "A".

10.   Brooks received a Notice of Dismissal.  A Copy of the Notice is attached and incorporated as Exhibit "C".

11.   Brooks filed this action within ninety (90) days of the receipt of the Notice of Dismissal.

12.   As a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental

anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.    In addition, as a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.    In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory discharge and thus, Brooks is entitled to liquidated/punitive damages, if allowable by law.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of her action, and for any other relief as this Court may deem just and proper.

### COUNT V – Hostile Work Environment/Sexual Harassment– Title VII (FedEx)

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Office, P.C., and for Count V of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1.    Brooks, a female, was employed by Defendant, FedEx.

2.    FedEx was and still is operating a facility within the City of Edwardsville, Madison County, State of Illinois.

3.    Brooks was qualified for her position and was able to perform essential functions of her job, meeting her employer's legitimate work expectations.

4.     Brooks was subjected to continuing sexual harassment and a hostile work environment from her male supervisors and male co-workers in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, *et seq*.

5.     Brooks complained to her managers at FedEx about the sexual harassment and hostile work environment and filed claims with the EEOC/IDHR, but the sexual harassment and hostile work environment continued.

6.     The sexual harassment and hostile work environment resulted in FedEx taking adverse employment actions against Brooks in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et.seq*.

7.     FedEx failed to take reasonable steps in discovering, preventing and remedying the sexual harassment and hostile work environment.

8.     Other similarly situated male co-employees were treated more favorably at work and were not subjected to sexual harassment or a hostile work environment and did not have adverse employment actions taken against them.

9.     Brooks filed a formal complaint with the E.E.O.C., which is attached hereto and incorporated herein as Exhibit "A".

10.    Brooks received a Notice of Right-to-Sue letter from the E.E.O.C.  A copy of the Notice is attached hereto and incorporated herein as Exhibit "B".

11.    Brooks filed this action within ninety (90) days of the receipt of the Notice of the Right-to-Sue letter.

12.    As a result of the sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of federal law and/or FedEx approved or ratified the acts of sexual harassment and hostile work environment and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

**COUNT VI – Retaliation for Reporting the Sexual Harassment/Hostile Work Environment Violation of the Civil Rights Act – Title VII (FedEx)**

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count VI of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-7.    For paragraphs one (1) through seven (7) of Count VI, Brooks realleges and incorporates paragraphs one (1) through seven (7) of Count V as though fully alleged herein.

8.      After reporting the sexual harassment and hostile work environment, and as a result of, and in retaliation for reporting the sexual harassment and hostile work environment, FedEx took adverse employment actions against Brooks in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.*

9.      Brooks filed a Charge of Discrimination with the EEOC. A copy of the Charge is attached and incorporated as Exhibit "A".

9

10.     Brooks received a Notice of Right-to-Sue letter.  A Copy of the Notice is attached and incorporated as Exhibit "B".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

12.     As a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

13.     In addition, as a result of the retaliatory adverse employment actions for reporting sexual harassment and hostile work environment by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory adverse employment actions and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and requests that judgment be entered in her favor and against FedEx Supply Chain, Inc. in an amount in excess of $50,000.00 and award costs of suit, as well as pre-judgment interest, and for any further relief as the Court deems just and proper.

## COUNT VII –Discrimination Based on Gender—
## Violation of the Civil Rights Act – Title VII (FedEx)

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count VII of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-3.     For paragraphs one (1) through three (3) of Count VII, Plaintiff realleges and incorporates paragraphs one (1) through three (3) of Count V as fully alleged herein.

4.     Brooks is a female.

5.     Brooks was treated differently at work than similarly situated males.

6.     Brooks was subjected to discrimination and adverse employment actions because of her sex, a female, in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.*

7.     Brooks filed a Charge of Discrimination with the EEOC.  A copy of the Charge is attached and incorporated as Exhibit "A".

8.     Brooks received a Notice of Right-to-Sue letter from the EEOC.  A Copy of the Notice is attached and incorporated as Exhibit "B".

9.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue.

10.     As a result of the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

11.     In addition, as a result of the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

12.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of discrimination and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of this action, and for any other relief as this Court may deem just and proper.

**COUNT VIII –Retaliation due to Reports of Discrimination Based on Gender—
Violation of the Civil Rights Act – Title VII (FedEx)**

NOW COMES Plaintiff, Wendy Brooks (hereinafter referred to as "Brooks"), by and through her undersigned attorneys, Brunton Law Offices, P.C., and for Count VIII of her First Amended Complaint against Defendant, FedEx Supply Chain, Inc. (hereinafter referred to as "FedEx"), states:

1-6.    For paragraphs one (1) through six (6) of Count VIII, Plaintiff realleges and incorporates paragraphs one (1) through six (6) of Count VII as fully alleged herein.

7.      Brooks reported the gender discrimination to her supervisors and filed claims with the EEOC/IDHR.

8.      Brooks had adverse employment actions taken against her in retaliation for reporting the gender discrimination in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000, *et seq.*

9.      Brooks filed a Charge of Discrimination with the EEOC.  A copy of the Charge is attached and incorporated as Exhibit "A".

10.     Brooks received a Notice of Right-to-Sue from the EEOC.  A Copy of the Notice is attached and incorporated as Exhibit "B".

11.     Brooks filed this action within ninety (90) days of the receipt of the Notice of Right-to-Sue letter.

12.     As a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks suffered, and in the future will suffer, emotional distress, mental anguish, pain and suffering, inconvenience, loss of enjoyment of life, and other pecuniary and non-pecuniary losses.

12

13.     In addition, as a result of the retaliatory adverse employment actions for reporting the discrimination by FedEx, Brooks is entitled to reasonable attorneys' fees and all other affirmative relief as this court deems appropriate.

14.     In addition, FedEx, through its managers, had knowledge that it may have been acting in violation of law and/or FedEx approved or ratified the acts of the retaliatory discharge and thus, Brooks is entitled to punitive damages.

WHEREFORE, Plaintiff, Wendy Brooks, requests attorney's fees and costs and prays for judgment against FedEx Supply Chain, Inc. in an amount that exceeds $50,000.00 plus costs of her action, and for any other relief as this Court may deem just and proper.

BRUNTON LAW OFFICE, P.C.

_____/s/ Michael J. Brunton_____
Michael J. Brunton, #6206663
819 Vandalia (HWY 159)
Collinsville, IL 62234
(618) 343-0750
(618) 343-0227 Facsimile
*Attorneys for Plaintiff*

13

# Exhibit A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA  \_X\_ EEOC | 560-2020-00150 |

ILLINOIS DEPARTMENT OF HUMAN RIGHTS _____ and EEOC
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) Ms. Wendy Brooks | Home Phone (Incl. Area Code) 618-920-9874 | Date of Birth 12/18/71 |
|---|---|---|
| Street Address 3 Hadfield Lane | City, State and ZIP Code Caseyville, IL 62232 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name Fed Ex Supply Chain, Inc. | No. Employees, Members 50+ | Phone No. (Include Area Code) 618-797-4200 |
|---|---|---|
| Street Address 100 Enterprise Drive, | City, State and ZIP Code Edwardsville, IL 62025 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ___ RACE ___ COLOR \_X\_ SEX ___ RELIGION ___ NATIONAL ORIGIN  \_X\_ RETALIATION ___ AGE ___ DISABILITY \_X\_ OTHER (Specify below.) | Earliest            Latest 008/2018 TO CONTINUING  \_X\_ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

SEE ATTACHED PARTICULARS PAGE

2019 OCT 17  PM 4: 24
RECEIVED EEOC
ST LOUIS DISTRICT

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements*  *Melissa N. Caliendo*  OFFICIAL SEAL MELISSA N CALIENDO NOTARY PUBLIC - STATE OF ILLINOIS MY COMMISSION EXPIRES:05/10/23 |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  10-14-19           *[signature]* Date          Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLANANT  *Wendy Brooks*  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)  10-14-19 |

**Hostile Work Environment; Discrimination; Retaliation**

Wendy Brooks is an employee with Fed Ex Supply Chain, Inc. in Edwardsville, IL.

Wendy Brooks was subjected to numerous sexual harassment and hostile work environment incidents, including physical touching by a male supervisor, Theodore Hamilton. Wendy Brooks reported the sexual harassment, hostile work environment and discrimination to other supervisors and filed an EEOC Charge (No. 560-2017-01951).

After making the aforementioned reports, the hostile work environment, harassment and discrimination continued.

Fed Ex Supply Chain, Inc. discriminated against Wendy Brooks because of her gender, a female.

Wendy Brooks was retaliated against through adverse employment actions because of her reports of sexual harassment, hostile work environment and discrimination.

2019 OCT 17 PM 4:24
ST. Louis DISTRICT
EEOC
RECEIVED

# Exhibit B

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Wendy Brooks<br>3 Hadfield Ln.<br>Caseyville, IL 62232 | From: | St. Louis District Office<br>1222 Spruce Street<br>Room 8.100<br>Saint Louis, MO 63103 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2020-00150 | **Tonya R. Hauert,**<br>Investigator | **(314) 539-7930** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*[signature]*

**Lloyd J. Vasquez, Jr.,**
**District Director**

2-19-20
*(Date Mailed)*

Enclosures(s)

cc:
| Chris Buckley<br>FEDEX SUPPLY CHAIN, INC.<br>2301 Mcgee Street, Suite 800<br>C/O Littler Mendelson, P.C. Gsc (Lcs)<br>Kansas City, MO | Michael J. Brunton<br>BRUNTON LAW OFFICES, P.C.<br>819 Vandalia (Hwy 159)<br>Collinsville, IL 62234 |
|---|---|

Enclosure with EEOC
Form 161 (11/16)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# Exhibit C

STATE OF ILLINOIS     )
                           ) ss

COUNTY OF COOK     )                             CHARGE NO. 2020SR2636

### AFFIDAVIT OF SERVICE

Aaron W. Jordan , deposes and states that s/he served a copy of the attached

**NOTICE OF DISMISSAL FOR LACK OF JURISDICTION** on each person named

below by depositing the same on     August 3, 2020     , in the U.S. Mail Box  at 100

West   Randolph   Street,   Chicago,   Illinois,   properly   posted   for   FIRST

CLASS MAIL, addresses as follows:

For Complainant

Michael J. Brunton
Attorney at Law
819 Vandalia (Hwy 159)
Collinsville, IL  62234

For Respondent

Christopher Buckley
Littler Mendelson, P.C.
2301 McGee St.
8th Floor
Kansas City, MO  64108

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Aaron W. Jordan

**PLEASE NOTE:**

The above-signed person is responsible only for mailing these documents. If you wish a review of the findings in this case, you must complete the Request for Review form attached. Department of Human Rights' staff are not permitted to discuss the investigation findings once a Notice of Dismissal has been issued.

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF:

WENDY BROOKS,

                COMPLAINANT,

AND

FEDEX SUPPLY CHAIN, INC.,

                RESPONDENT.

CHARGE NO.    2020SR2636
EEOC NO.   560-2020-00150

## NOTICE OF DISMISSAL
## FOR LACK OF JURISDICTION

For Complainant

Michael J. Brunton
Attorney at Law
819 Vandalia (Hwy 159)
Collinsville, IL 62234

For Respondent

Christopher Buckley
Littler Mendelson, P.C.
2301 McGee St.
8th Floor
Kansas City, MO 64108

DATE OF DISMISSAL: August 3, 2020

1.    YOU ARE HEREBY NOTIFIED that based upon the enclosed investigation report, the DEPARTMENT OF HUMAN RIGHTS (Department) has determined that there is NOT jurisdiction to pursue the allegation(s) of the charge. Accordingly, pursuant to Section 7A-102(D) of the Act (775 ILCS 5/3-101 et seq.) and the Department's Rules and Regulations (56 Ill. Adm. Code. Chapter II, §2520.560) the charge is HEREBY DISMISSED.

2.    If Complainant disagrees with this action, Complainant may:

    a)  Seek review of this dismissal before the Illinois Human Rights Commission (Commission), 100 West Randolph Street, Suite 5-100, Chicago, Illinois, 60601, by filing a "Request for Review" with the Commission by the request for review filing date below.  Respondent will be notified by the Commission if a Request for Review is filed.

**REQUEST FOR REVIEW FILING DEADLINE DATE:** November 6, 2020

    Or, Complainant may:

    b)  Commence a civil action in the appropriate state circuit court within ninety (90) days after receipt of this Notice.  A complaint should be filed in the Circuit court in the county where the civil rights violation was allegedly committed.

Page 2
Notice of Dismissal for Lack of Jurisdiction
Charge No. 2020SR2636

If you intend to exhaust your State remedies, please notify the
Equal Employment Opportunity Commission (EEOC) immediately.
The EEOC generally adopts the Department's findings. The Appellate
Courts in Watkins v. Office of the State Public Defender, ___ Ill.App.3d
____, 976 N.E.2d 387 (1st Dist. 2012) and Lynch v. Department of
Transportation, ___ Ill.App.3d ___, 979 N.E.2d 113 (4th Dist. 2012), have
held that discrimination complaints brought under the Illinois Human Rights
Act ("IHRA") against the State of Illinois in the Illinois Circuit Court are
barred by the State Lawsuit Immunity Act. (745 ILCS 5/1 et seq.).
Complainants are encouraged to consult with an attorney prior to
commencing a civil action in the Circuit Court against the State of Illinois.

PLEASE NOTE: The Department cannot provide any legal advice or assistance.
Please contact legal counsel, your city clerk, or your county clerk with any
questions.

3.      If an EEOC charge number is cited above, this charge was also filed with the
        Equal Employment Opportunity Commission (EEOC).  If this charge alleges a
        violation under Title VII of the Civil Rights Act of 1964, as amended, or the Age
        Discrimination in Employment Act of 1967, Complainant has the right to request
        EEOC to perform a Substantial Weight Review of this dismissal.   Please note
        that in order to receive such a review by the EEOC, it must be requested in
        writing to EEOC within fifteen (15) days of the receipt of this notice. However, if
        Complainant chooses to file a timely "Request for Review" of this dismissal with
        the Illinois Human Rights Commission, then Complainant must wait until receipt
        of a **final** notice/order by the Commission before requesting a Substantial Weight
        Review by the EEOC. Complainant must make a written request for Substantial
        Weight Review by the EEOC  within fifteen (15) days of the receipt of the Human
        Rights Commission's **final** notice/order.  Any request filed prior to your receipt of
        a final notice/order WILL NOT BE HONORED.   Send your request for a
        Substantial Weight Review to **EEOC, John C. Kluczynski Federal Building, 230
        South Dearborn Street, Suite 1866, Chicago, Illinois   60604.** Otherwise,
        EEOC will generally adopt the Department of Human Rights' action in this case.

                                        DEPARTMENT OF HUMAN RIGHTS
                                        James L. Bennett
                                        Director

HB1509/HB59 NOD/LOJ 03/06/2020

## STATE OF ILLINOIS
## DEPARTMENT OF HUMAN RIGHTS

**IN THE MATTER OF:**

WENDY BROOKS,                                    )
                                                 )
                                                 )
                            COMPLAINANT,    )   CHARGE NO.        2020SR2636
AND                                              )   EEOC NO.    560-2020-00150
                                                 )
FEDEX SUPPLY CHAIN, INC.,                   )
                                                 )
                                                 )
                                                 )
                                                 )
                            RESPONDENT.     )

### REQUEST FOR REVIEW

Michael J. Brunton                      Christopher Buckley
Attorney at Law                         Littler Mendelson, P.C.
819 Vandalia (Hwy 159)                  2301 McGee St.
Collinsville, IL  62234                 8th Floor
                                        Kansas City, MO  64108

**TO:** WENDY BROOKS,

**DATE:** August 3, 2020

**REQUEST FOR REVIEW FILING DEADLINE DATE:** November 6, 2020

I hereby request that the dismissal of the charge by the Illinois Department of Human Rights (Department) be reviewed by the Illinois Human Rights Commission (Commission).

Complainant's Current Address (please print clearly):

_____Apt/Unit #_____

City_____ State_____ Zip_____Phone (____)_____

Page 2
Request for Review
Charge No. 2020SR2636

IN THE SPACE PROVIDED BELOW, YOU <u>MUST </u>LIST AND DESCRIBE THE SPECIFIC REASONS THAT THE CHARGE SHOULD NOT HAVE BEEN DISMISSED.  If applicable, you may write on the back of this form or attach additional information or documents, which support your Request for Review. You may review your investigation file to help you prepare your request by calling (312) 814-6262 or (217) 785-5100. The Department's investigation file may be reviewed or copied upon request once the Department's investigation has been completed. The Department is not responsible for copy service fees.  A minimum of three (3) business days' notice is required.  Call (312) 814-6262 to make arrangements.

_____

_____          _____
          SIGNATURE                                                    DATE

<u>YOU MUST ENCLOSE THE ORIGINAL AND THREE COPIES, INCLUDING SUPPORTING DOCUMENTS, OF YOUR ENTIRE REQUEST AND YOU MUST SIGN, DATE AND HAVE THIS FORM POSTMARKED OR HAND DELIVERED BY THE FILING DEADLINE DATE ABOVE, TO:</u>

Illinois Human Rights Commission, 100 West Randolph Street, Suite 5-100, Chicago, IL  60601; Telephone:  (312) 814-6269; TDD: (312) 814-4760.

Please note that pursuant to Section 5300.410 of the Commission's Procedural Rules (56 Ill. Admin. Code §5300.410), except by permission of the Commission, the request, argument and supporting materials shall not exceed 30 pages.

Further, note that pursuant to 56 Ill. Admin. Code § 5300.40(b) of the Commission's Procedural Rules, all arguments in support of the Request for Review must be written on 8 ½" x 11" paper.  Any argument submitted on non-conforming paper, such as a "post-it" note, will not be considered part of the Request for Review and will be disregarded by the Commission.

THIS FORM MAY NOT BE SENT VIA TELEFAX.
HB1509/HB59 HRC R/R 1/17

# STATE OF ILLINOIS
## DEPARTMENT OF HUMAN RIGHTS
### INVESTIGATION REPORT

**Complainant:**   Wendy Brooks          **IDHR No.:**   2020SR2636
**Respondent:**   FedEx Supply Chain, Inc.     **EEOC No.:**   560-2020-00150

**Investigator:**   Thomas F. Roeser     **Supervisor:**   TFR          **Date:** 1/15/20

**Issue/Basis:**                                **Finding:**

A.   Sexual harassment/sex, female                A.   Lack of Jurisdiction
B.   Harassment/retaliation                       B.   Lack of Jurisdiction


**Jurisdiction:**

Alleged violations:                  A.-B: 8/18-10/17/19
Charge filed:                        10/17/19
Charge perfected:                    2/19/20

Number of employees:                 Over 50

**Findings**

On October 17, 2019, Complainant filed a charge with the United States Equal Employment
Opportunity Commission ("EEOC") alleging that a civil rights violation had been committed.
On October 25, 2019, staff mailed Complainant a letter stating that Complainant's charge was
automatically filed with the Department and that Complainant had 30 days from receipt of
EEOC's findings to send the Department a copy; the letter was not returned as undeliverable.
On May 18, 2020, Complainant submitted to the Department a copy of EEOC's findings.

Section 7A-102(A-1)(1) of the Human Rights Act states that Complainant must submit to the
Department a copy of the EEOC's determination within 30 days after service on Complainant.
Therefore, Complainant's EEOC determination was not timely filed.

**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| WENDY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 20-L-707 |
| | ) | |
| FEDEX SUPPLY CHAIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ALIAS SUMMONS

To the Defendant:     FedEx Supply Chain, Inc.
Registered Agent: CT Corporation System
208 SO LaSalle Street, Suite 814
Chicago, IL 60604

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, Madison County Courthouse, 155 North Main Street, Edwardsville, Illinois within 30 days after service of this Summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://efile.illinoiscourts.gove/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit https://www.illinoiscourt.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the Officer:

This summons must be returned by the officers or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so indorsed.  This summons may not be served later than 30 days after its date.

Witness, ___11/4/2020_____, 2020

/s/ Mark Von Nida
Clerk of the Circuit Court
_____
(Clerk of Court)

Name: _____. Brunton
Attorney For: Wendy Brooks
Address:     819 Vandalia (Hwy 159)
City:          Collinsville, IL 62234
Telephone:   (618) 343-0750

Date of Service:_____, 2020
(To be inserted by officer on copy left with Defendant or other person)

**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| WENDY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 20-L-707 |
| | ) | |
| FEDEX SUPPLY CHAIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ALIAS SUMMONS</u>**

To the Defendant:      FedEx Supply Chain, Inc.
                                   Registered Agent: CT Corporation System
                                   208 SO LaSalle Street, Suite 814
                                   Chicago, IL 60604

        YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, Madison County Courthouse, 155 North Main Street, Edwardsville, Illinois within 30 days after service of this Summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://efile.illinoiscourts.gove/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit https://www.illinoiscourt.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the Officer:

        This summons must be returned by the officers or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so indorsed.  This summons may not be served later than 30 days after its date.

                                        Witness, _12/10/2020_____, 2020

                                        /s/ Thomas McRae
                                        Clerk of the Circuit Court
                                        _____
                                                (Clerk of Court)

Name:        Michael J. Brunton
Attorney For:  Wendy Brooks
Address:      819 Vandalia (Hwy 159)
City:          Collinsville, IL 62234
Telephone:    (618) 343-0750

                        Date of Service:_____, 2020
                        (To be inserted by officer on copy left with Defendant or other person)

***EFILED***
Case Number 2020L 000707
Date: 12/16/2020 2:13 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| Cause No.:<br>20-L-707 | IN THE CIRCUIT COURT THIRD JUDICIAL CIRCUIT MADISON COUNTY, ILLINOIS | | 5157723 ( Summons Served on C T Corporation--Wendy Brooks v. FedEx Supply Chain, Inc.) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| WENDY BROOKS, | FEDEX SUPPLY CHAIN, INC., |

| Received by: | For: |
|---|---|
| Nationwide Investigations | Brunton law office |

| To be served upon: |
|---|
| FedEx Supply Chain, Inc. Registered Agent: CT Corporation System |

I, Kyle Clutter, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Derek Hackett , Company: 208 SO LaSalle Street, Suite 814, CHICAGO, IL 60604 |
| Manner of Service: | Authorized, Dec 16, 2020, 10:07 am CST |
| Documents: | Summons (Received Dec 10, 2020 at 2:01am CST), Complaint (Received Dec 10, 2020 at 2:01am CST) |

**Additional Comments:**
1) Successful Attempt: Dec 16, 2020, 10:07 am CST at Company: 208 SO LaSalle Street, Suite 814, CHICAGO, IL 60604 received by Derek Hackett . Relationship: Document Specialist ;

_____     12/16/2020

Kyle Clutter                          Date
115-002370

Nationwide Investigations
116 W Jackson Suite 254
Chicago , IL 60604
312-361-3598

**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| WENDY BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 20-L-707 |
| | ) | |
| FEDEX SUPPLY CHAIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ALIAS SUMMONS</u>**

To the Defendant:   FedEx Supply Chain, Inc.
Registered Agent: CT Corporation System
208 SO LaSalle Street, Suite 814
Chicago, IL 60604

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, Madison County Courthouse, 155 North Main Street, Edwardsville, Illinois within 30 days after service of this Summons, not counting the day of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account with an e-filing service provider.  Visit https://efile.illinoiscourts.gove/service-providers.htm to learn more and to select a service provider.  If you need additional help or have trouble e-filing, visit https://www.illinoiscourt.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the Officer:

This summons must be returned by the officers or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so indorsed.  This summons may not be served later than 30 days after its date.

Witness, _____12/10/2020_____, 2020

/s/ Thomas McRae
Clerk of the Circuit Court
_____
(Clerk of Court)

Name:     Michael J. Brunton
Attorney For:  Wendy Brooks
Address:      819 Vandalia (Hwy 159)
City:         Collinsville, IL 62234
Telephone:    (618) 343-0750

Date of Service:_____, 2020
(To be inserted by officer on copy left with Defendant or other person)